District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGIDE ROCK MIAYOUKOU MATONDO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. 2:23-cv-01859-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration on:<br>February 7, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 30 days. Plaintiff brings this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status. Defendants' response to the Complaint is currently due on February 12, 2024. For good cause, the parties request that the Court hold this case in abeyance until March 12, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

- 1 -

STIPULATED MOTION
2:23-cv-1859-JNW

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case will be resolved without the need of further judicial intervention. USCIS approved Plaintiff's Form I-485 today. Plaintiff's lawful permanent resident card is being produced and will be sent to Plaintiff within the next few weeks. Once Plaintiff receives the card, he will voluntarily dismiss the case.

Accordingly, the parties respectfully request that the instant action be stayed until March 12, 2024. The parties will submit a joint status report on or before March 12, 2024.

Dated: February 7, 2024

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | LAW OFFICE OF NICHOLAS POWER |
| */s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | *s/Nicholas Power*<br>NICHOLAS POWER, WSBA# 45972<br>5040 Guard, Ste. 150<br>Friday Harbor, Washington 98250<br>Phone: (360) 298-0464<br>Email: nickedpower@gmail.com<br><br>HACKING IMMIGRATION LAW, LLC |
| *Attorneys for Defendants* | *s/James O. Hacking, III*<br>JAMES O. HACKING, III*, MO. No. 46728<br>10121 Manchester Rd., Ste. A<br>St. Louis, Missouri 63122<br>Phone: (314) 961-8200<br>Email: jim@hackingimmigrationlaw.com<br>*PHV |
| **I certify that this memorandum contains 251 words, in compliance with the Local Civil Rules.** | *Attorneys for Plaintiff* |

STIPULATED MOTION
2:23-cv-1859-JNW

- 2 -

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until March 12, 2024. The parties shall submit a joint status report on or before March 12, 2024. It is so **ORDERED**.

DATED this 16th day of February, 2024.

_____
Jamal N. Whitehead
United States District Judge

- 3 -

STIPULATED MOTION
2:23-cv-1859-JNW

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800