District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EUGIDE ROCK MIAYOUKOU MATONDO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-01859-JNW<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>March 12, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings for an additional thirty days. Plaintiff brings this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status. This case is currently stayed through March 12, 2024. Dkt. No. 8. For good cause, the parties request that the Court continue to hold this case in abeyance until April 11, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION
[Case No. 2:23-cv-01859-JNW] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case will be resolved without the need of further judicial intervention. USCIS approved Plaintiff's Form I-485. Although Plaintiff's lawful permanent resident card was produced, it contained an error that is being corrected. A new card is in production and will be sent to Plaintiff shortly. Once Plaintiff receives the card, he will voluntarily dismiss the case.

Accordingly, the parties respectfully request that the instant action be stayed until April 11, 2024. The parties will submit a joint status report on or before April 11, 2024.

DATED this 12th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN | LAW OFFICE OF NICHOLAS POWER |
| TESSA M. GORMAN<br>United States Attorney | *s/Nicholas Power*<br>NICHOLAS POWER, WSBA# 45972 |
| */s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | 5040 Guard, Ste. 150<br>Friday Harbor, Washington 98250<br>Phone: (360) 298-0464<br>Email: nickedpower@gmail.com<br><br>HACKING IMMIGRATION LAW, LLC<br><br>*s/James O. Hacking III*<br>JAMES O. HACKING, III* MO No. 63122<br>10121 Manchester Rd., Ste. A<br>St. Louis, Missouri 63122<br>Phone: (314) 961-8200<br>Email: jim@hackingimmigrationlaw.com<br>*PHV |
| *Attorneys for Defendants*<br><br>**I certify that this memorandum contains 266 words, in compliance with the Local Civil Rules.** | *Attorneys for Plaintiff* |

STIPULATED MOTION
[Case No. 2:23-cv-01859-JNW] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The case is held in abeyance until April 11, 2024.  The parties shall submit a joint status report on or before April 11, 2024.  It is so **ORDERED**.

DATED this 13th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　Jamal N. Whitehead
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATED MOTION
[Case No. 2:23-cv-01859-JNW] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800